COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:       Ex Parte Yrooj Shamim

Appellate case number:    01-16-00013-CR

Trial court case number:  1822364-B

Trial court:                     County Criminal Court at Law No. 3 of Harris County

On May 24, 2016, we issued an order abating the appeal and directing the trial court to clarify its ruling. On June 29, 2016, a supplemental clerk's record was filed, containing the trial court's findings of fact and conclusions of law.

We reinstate the appeal on the active docket, and order the State's brief filed as of the date it was received, June 30, 2016.

It is so ORDERED.

Judge's signature: /s/ <u>Harvey Brown</u>
                             ☒ Acting individually

Date: July 7, 2016